UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:09-CR-181 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| WILLIAM LANDOLT | ) | |
| | ) | |

**O R D E R**

The Court has received a Report and Recommendation ("R&R") from United States Magistrate Judge William B. Mitchell Carter, recommending Defendant William Landolt ("Defendant") be found competent to stand trial (Court File No. 817). The R&R based its findings on a letter from Tracy W. Johns, Warden of the Federal Correctional Institution in Butner, North Carolina and a Forensic Evaluation of Defendant. The findings in the evaluation were that Defendant is not currently suffering from a mental disease or defect rendering him incompetent to the extent he is unable to understand the nature and consequences of the proceedings filed against him or assist properly in his own defense. The findings regarding Defendant's sanity were that, at the time of the offense, Defendant was able to appreciate the nature and quality or wrongfulness of his actions. On October 7, 2010, Defendant filed a Waiver of Competency Hearing with this Court (Court File No. 811).

Based upon this information, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's R&R (Court File No. 817), pursuant to 28 U.S.C. § 636(b)(1), and **DETERMINES** Defendant is competent to stand trial.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**