UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No: 1:09-CR-181 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| WILLIAM LANDOLT ) | |
| ) | |

**ORDER**

Before the Court are Defendant William Landolt's ("Defendant") motions to suppress evidence obtained during searches of his residence, which took place on August 21, 2009 and January 13, 2010 (Court File Nos. 558, 577). The Court referred these motions to United States Magistrate Judge William B. Mitchell Carter pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) (Court File Nos. 564, 579). Judge Carter held evidentiary hearings on the matters and issued a Report and Recommendation ("R&R") on the motions (Court File No. 1042). Defendant filed timely objections to the R&R (Court File No. 1058). For the reasons stated in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 1042). Defendant's motions to suppress are **DENIED** (Court File No. 558, 577).

    **SO ORDERED.**

    **ENTERED:**

                                      **/s/**
                                      **CURTIS L. COLLIER**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**